UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:  CV 23-08064-AB | Date:  November 13, 2023 |

| | |
|---|---|
| Title:  In Re Pierrick Brillouet and Yong Chu Kim-Brillouet | |

| | |
|---|---|
| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] Order To Show Cause Regarding Bankruptcy Appeal

   The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required F.R.B.P. Rule 8009 records.

Appellant is Ordered to Show Cause no later than **November 27, 2023**, why the appeal should not be dismissed for these deficiencies.   The Court may consider Appellant's filing of the missing required documents and fees, along with a declaration of good cause for the delay, sufficient response to the order to show cause.

   IT IS SO ORDERED.