JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Pierrick Brillouet and Yong Chu Kim-Brillouet | Case No. 2:23-cv-08064-AB

ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION

(PURSUANT TO LOCAL RULE 41)

Bankruptcy No.: 1:19-bk-11657-MB |

On November 13, 2023, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. *See* Dkt. 8. The Order to Show Cause required a written response to be filed by November 27, 2023. No response has been filed.

IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITHOUT PREJUDICE**, pursuant to Local Rule 41 for lack of prosecution and for failure to comply with Court orders.

Dated:  December 21, 2023

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE