UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:23-CV-08064-AB | Date: | November 15, 2024 |
|---|---|---|---|

| Title | *In Re Pierrick Brillouet and Yong Chu Kim-Brillouet* |
|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR. |
|---|---|

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] Order To Show Cause Regarding Dismissal for Lack of Prosecution

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that Appellant has not filed its opening brief pursuant to the Court's order (Dkt. No. 24).

Appellant is Ordered to Show Cause no later than **November 25, 2024**, why the appeal should not be dismissed for this deficiency. The Court may consider Appellant's filing of the missing brief, along with a declaration of good cause for the delay, sufficient response to the order to show cause.

IT IS SO ORDERED.